

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2020

No. 04-20-00485-CR

Regino **QUINONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR13882
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant Regino Quiñones filed a notice of appeal asserting that the trial court erred when it denied his motion to dismiss the cause for violations of his right to a speedy trial. Appellant's notice of appeal states that "[t]he appealable [o]rder by the trial court was signed on September 04, 2020."

The clerk's record contains Appellant's Second Demand for Speedy Trial and Demand for Dismissal for Failure to Provide a Speedy Trial. In the upper right-hand corner of the first page are handwritten notes that include "4 Sep 2020" and brief notes which could have been made by the presiding judge of the trial court. However, there is no written, signed order denying Appellant's motion to dismiss.

As this court has repeatedly held, "the judge's notes are for his or her own convenience and form no part of the record." *State v. Fuller*, No. 04-96-00898-CR, 1997 WL 136541, at *1 (Tex. App.—San Antonio Mar. 26, 1997, no pet.) (per curiam); *accord In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (mem. op.) (per curiam) ("A judge's handwritten notes are for his or her own convenience and form no part of the record."); *In re A.W.*, 384 S.W.3d 872, 873 (Tex. App.—San Antonio 2012, no pet.) (citing *Fuller*, 1997 WL 136541, at *1).

The appellate record does not contain an appealable order. *See Fuller*, 1997 WL 136541, at *1. We ORDER Appellant to show cause in writing within TEN DAYS of the date of this

order why this appeal should not be dismissed for want of jurisdiction. If Appellant does not timely provide written proof as ordered, this appeal will be dismissed. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2020.



_____
Michael A. Cruz,
Clerk of Court